UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GERALYN KLEIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LAKE COUNTY, INDIANA, LAKE COUNTY SHERIFF'S DEPARTMENT, NICHOLAS MEDRANO, individually and in his official capacity, OFFICER J. VARGAS, individually and in his official capacity, OFFICER J. FISHER, individually and in his official capacity, LAKES OF THE FOUR SEASONS SERGEANT KENNETH GREEN #3, individually and in his official capacity, SECURITY OFFICER JOHN LATTA, individually and in his official capacity, SECURITY OFFICER LARRY HUNT, individually and in his official capacity, and UNKNOWN OFFICERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.: 2:18-cv-00349 |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, by counsel, provides the Court with Notice that the parties have agreed to resolve all disputes and pending claims in this matter. It is anticipated that the settlement will be finalized within approximately 60 days. The parties will file a Stipulation to Dismiss with the Court after the settlement is finalized.

Respectfully submitted,

By :

/s/ Brian Custy
Brian N. Custy, IN Bar No 26329-64
CUSTY LAW FIRM, LLC
4004 Campbell Street, Suite 4
Valparaiso, Indiana 46385
Telephone: 219-660-0450
bcusty@custylaw.com

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing has been served by email or the Court's ECF system this 15th day of February, 2023, upon all counsel of record.


                                  /s/ Brian Custy
                                  Brian N. Custy