UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GERALYN KLEIN, *Plaintiff,* vs. COUNTY OF LAKE, *et al*, *Defendants.* | Case No.: 2:18-CV-349 District Judge: James T. Moody Magistrate Judge: John E. Martin |

## STIPULATION OF DISMISSAL

Geralyn Klein, Lake County, Indiana, Lake County Sheriff's Department, Sheriff's Deputy Nicholas Medrano, individually and in his official capacity, Officer J. Vargas, individually and in his official capacity, Officer J. Fisher, individually and in his official capacity, Lake of the Four Seasons Sergeant Kenneth Green, individually and in his official capacity Security Officer John Latta, individually and in his official capacity, Security Officer Larry Hunt, individually and in his official capacity, and Unknown Officers, each by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having settled this matter by and between themselves, jointly move the Court to dismiss with prejudice this action in its entirety, with each party to pay its own costs, attorney's fees and expenses.

Respectfully submitted,

/s/ Brian N. Custy
Brian N. Custy, #26329-64
Custy Law Firm, LLC
4004 Campbell Street, Suite 4
Valparaiso, IN 46385
Email: bcusty@custylaw.com
*Counsel for Plaintiff*

/s/ Angela M. Jones
Angela M. Jones, #30770-45
The Law Office of Angela M. Jones, LLC
9301 Calumet Avenue, Suite 2F
Munster, IN 46321
Email: ajones@angelajoneslegal.com
*Counsel for J. Vargas*

*/s/ John M. Kopack*
John M. Kopack, #5302.45
Kopack & Associates
9111 Broadway,
P.O. Box 10607, Suite GG
Merrillville, IN  46410
Email: john@kopack-law.com
*Counsel for Lake County Sheriff's Dept.*

*/s/ Kevin C. Smith*
Kevin C. Smith, #18169-45
Smith Sersic
9301 Calumet Ave Ste 1F
Munster, IN 46321
E-Mail: ksmith@smithsersic.com
*Counsel for J. Fisher*

*/s/ Robert W. Petti*
Robert W. Petti
Kyle R. Clapper
Gregory M. McMahon
Maron Marvel Bradley Anderson & Tardy LLC
30 S. Wacker Drive, Suite 3920
Chicago, IL 60606
Email: rpetti@maronmarvel.com
*Counsel for John Latta*

*/s/ Caleb S. Johnson*
Caleb S. Johnson, #23941-64
Caleb S. Johnson Law LLC
113 W. Joliet Street, Suite 1
Schererville, IN 46375
Email: cjohnson@csilawllc.com
*Counsel for Lake County*

*/s/ Casey J. McCloskey*
Casey J. McCloskey, #18766-45
John M. Kopak & Associates
9111 Broadway, Suite GG
Merrillville, IN 46410
Email: attymccloskey@hotmail.com
*Counsel for Nicholas Medrano*

*/s/ Johnathan W. Slagh*
Johnathan W. Slagh, #20666-71
Lyle Hardman, #16056-49
Hunt Suedhoff Kalamaros, LLP – SB/IN
205 W. Jefferson Blvd., Suite 300
South Bend, IN 46634
Email: jslagh@hsk-law.com
*Counsel for Kenneth Green*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to each counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian Custy

2